IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RICKY BARLETT,
         Petitioner,
    v.                                      **Judgment in a Civil Case**
BUTCH JACKSON,
         Respondent.              Case Number: 5:11-HC-2024-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 29, 2012, with service on:
Ricky Bartlett 0022028, Nash Correctional Institution, P.O. Box 600, Nashville, NC 27856 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

August 29, 2012                                      /s/ Julie A. Richards
                                                          Clerk

Raleigh, North Carolina