IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-HC-2024-BO

| | |
|---|---|
| RICKY BARTLETT, Petitioner, | )<br>)<br>) |
| v. | )     ORDER<br>) |
| BUTCH JACKSON, Respondent. | )<br>)<br>) |

This matter is before the court on petitioner's motion for appropriate relief (D.E. 25) On January 31, 2011, petitioner filed a petition for writ of habeas corpus in this court under 28 U.S.C. § 2254. Respondent's motion for summary judgment was granted on August 29, 2012, and the petition was dismissed along with the denial of a certificate of appealability (D.E. 17 and 18). On September 10, 2012, petitioner filed a notice of appeal (D.E. 19). On January 24, 2013, the Fourth Circuit dismissed the appeal (D.E. 22). On February 15, 2013, the mandate from the Fourth Circuit issued (D,E, 240. On March 7, 2013, petitioner filed the motion for appropriate relief now before the court (D.E. 25). The matter has been dismissed on summary judgment by this court. The Fourth Circuit dismissed the appeal. The matter is closed and the motion (D.E. 25) is DENIED and DISMISSED as MOOT.

SO ORDERED, this _6_ day of November 2013.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE